UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2016 NOV -8 P 2 50
JON W. SANFILIPPO
CLERK

**16-CR-177**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS M. KAMPS,<br><br>Defendant. | Case No. 16-CR-<br><br>[18 U.S.C. § 2251(a)]<br><br>**Green Bay Division** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about August 14, 2015, in the State and Eastern District of Wisconsin and elsewhere,

**TRAVIS M. KAMPS**

knowingly employed, used, persuaded, induced, enticed or coerced known Female A, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: a visual depiction of known Female A, a minor, engaged in the lascivious exhibition of her genitals, which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

A TRUE BILL:

███████████████
FOREPERSON

Dated: 11/08/16

/s/ Gregory J. Haanstad
GREGORY J. HAANSTAD
United States Attorney