# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| | ) Case No.: 16-CR-177 |
| TRAVIS M. KAMPS | ) |
| *Defendant* | ) |



USDC EDWI
FILED IN GREEN BAY DIV

NOV 10 2016

AT _____ O'CLOCK ____ M
JON W. SANFILIPPO

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TRAVIS M. KAMPS
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Title 18 U.S.C. Section 2251 (a) Sexual Exploitation of Children

JON W. SANFILIPPO, Clerk, U.S. District Court

Date: November 9, 2016

s/ Lori Hanson, Deputy Clerk
*Signature of Deputy Clerk*

City and state: Green Bay, Wisconsin

---

### Return

This warrant was received on *(date)* 11/9/2016, and the person was arrested on 11/9/2016
at *(city and state)* Seymour, Wisconsin.

Date: 11/9/2016

Gerald E. Mullen
*Arresting officer's signature*

Gerald E. Mullen, Special Agent
*Printed name and title*
FBI