# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ARRAIGNMENT |
| TRAVIS M. KAMPS | Case No. 16-CR-177 |

HONORABLE JAMES R. SICKEL, presiding  Tape No.: 111016

Deputy Clerk: Lori  Hearing Began: 1:02 pm

Hearing Held: November 10, 2016  Hearing Ended: 1:21 pm

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| TRAVIS M. KAMPS, in person, and by: | Krista Halla-Valdes |
| U.S. PROBATION OFFICE by: | Brian Koehler |

INTERPRETER: ☒ None  ☐ Sworn

☒ Original Indictment  ☐ Superseding Indictment  ☐ Felony  ☐ Misdemeanor

| | | | |
|---|---|---|---|
| Speedy Trial Date: | January 19, 2017 | Trial Estimate: | 3 days |
| Final Pretrial Date: | January 4, 2017 at 1:30 pm | Motions Due: | November 25, 2016 |
| Jury Trial Date: | January 17, 2017 at 8:30 am | Responses Due: | December 5, 2016 |
| District Judge: | William C. Griesbach | Replies Due: | December 9, 2016 |
| Magistrate Judge: | Nancy Joseph | | |

| | |
|---|---|
| ☒ Defendant advised of rights | ☒ Defendant advised of maximum penalties |
| ☒ Court orders counsel appointed | ☒ Open discovery policy applies |
| ☒ Copy of indictment received by defendant ☒ indictment read; or ☐ Defendant waives reading | ☒ Government to disclose GJ materials one day prior to trial |

☒ Not guilty plea entered by: ☒ defendant ☐ the court

☒ Defendant is released on: X O/R bond; ☐ Cash bond; ☐ Property Bond; ☒ with conditions. SEE Order Setting Conditions of Release. * Defendant will remain in custody until location monitoring is able to be set up and pretrial services is able to confirm that the firearms have been removed from the residence.

☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.

☐ Court orders federal detainer.

☐ Defendant is ordered temporarily detained. Detention Hearing set for:_____

☐ Bond continued; or ☐ Detention continued as previously set.

Maximum Penalties: 15 yr up to 30 yr; $250,000; 5 yr to lifetime SR; $100 SA

Government recommends following pretrial services recommendation as to release on bond with conditions.