# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Tom Phillip
Krista Halla-Valdes

801 East Walnut Street
Second Floor
Green Bay, Wisconsin 54301

Telephone 920-430-9900
Facsimile 920-430-9901

December 30, 2016

Honorable William C. Griesbach
United States District Court Judge
125 South Jefferson Street, Room 203
Green Bay, WI 54301-4541

RE: *United States v. Travis M. Kamps*
     Case No. 16-CR-177

Dear Judge Griesbach,

The final pretrial conference in this matter is currently set for Wednesday, January 4, 2017, at 1:30 p.m. Due to an unexpected death in the family, counsel has been in and out of the office over the last week. Counsel expects to return to work as normal on Thursday, January 5, 2016. Keeping all of this in mind, counsel is certain that this case will resolve by way of a plea. From the initiation of charges in this case, discussions between the government and counsel involved resolving this case short of the charges on which Mr. Kamps is currently indicted. Counsel is aware there has been communication sent to her via email proposing an Information to lesser charges with a corresponding plea agreement spelling that out. However, counsel does not anticipate meeting with her client until after the scheduled final pretrial conference set for next week. For all of those reasons, counsel is requesting a short adjournment of thirty days to give counsel time to meet with her client and review the proposed plea agreement in this matter.

Counsel has communicated with Assistant United States Attorney Daniel Humble regarding this request, and he has no objection to this request. Counsel has also communicated with Mr. Kamps' supervising pretrial officer, United States Probation

Officer Kevin Norman, and he reports that Mr. Kamps has been completely compliant with all conditions of release to date.

As always, if the court has any questions regarding this request or this case in general, please do not hesitate to contact me.

Sincerely,


**s/ Krista Halla-Valdes**
Krista Halla-Valdes, Florida Bar #0073369
Associate Federal Defender

KHV/cb
cc:   AUSA Daniel Humble (via ECF)
      USPO Kevin Norman (via mail)

N:\Cases-Open\K-L\Kamps, Travis - 17-018\Correspondence\Judge 123016.wpd