
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TRAVIS M. KAMPS,

    Defendant.

Case No. 16-CR-177
[18 U.S.C. §§ 2252A(a)(2) & (5)(B)]

**Green Bay Division**

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. On or about August 14, 2015, in the State and Eastern District of Wisconsin and elsewhere,

**TRAVIS M. KAMPS**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained material which had been shipped, and transported by a means and facility of interstate and foreign commerce, including by computer.

2. The child pornography received by the defendant included a movie file identified by the following:

| Description |
|---|
| A movie file created and sent to Travis M. Kamps on August 14, 2015, at 8:56 a.m. depicting then 16-year-old minor, S.G., touching her vagina and engaged in masturbation. |

All in violation of Title 18, United States Code, Section 2252A(a)(2).

## FORFEITURE NOTICE

Upon conviction of any count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses, including, but not limited to, the following:

1. One HTC cellular telephone Model: 6995L, Serial Number: HT53XSS00979.

2. Any other equipment, instrumentalities, and items used or intended to be used in the transportation, shipment, production, receiving, distribution, or possession of child pornography.

| | |
|---|---|
| 1/23/17 | _GREGORY J. HAANSTAD_ |
| Date | United States Attorney |