# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CHANGE OF PLEA HEARING MINUTES** |
| **TRAVIS M. KAMPS** | Case No. 16-CR-177 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: 9:01 AM |
| Proceeding Held: January 23, 2017 | Time Concluded: 9:33 AM |
| Deputy Clerk: Lori | Tape: 012317 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| TRAVIS M. KAMPS in person and by: | Krista Halla-Valdes |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | ☐ Interpreter Sworn |

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☒ Mandatory minimum sentence
  - ☒ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☒ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

- ☒ GUILTY plea entered to Count(s) 1 of the ☐ indictment, ☐ superseding indictment, ☒ information – filed today
- ☒ PSR ordered
- ☒ Sentencing set for: April 17, 2017 at 1:30 pm

- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  - ☒ Defendant adjudged guilty
- ☒ FPT and JT dates removed from court calendar

☒ Detention continued; or  ☐ Bond continued:  ☒ as previously set, or  ☐ as modified:

Defendant WAIVES right to prosecution by indictment orally on the record. The Court finds waiver is made knowingly, voluntarily and accepts waiver of indictment on the record.
Ms. Halla-Valdes sets forth reasoning as to exceptional circumstances for defendant to remain on bond. The Court finds exceptional circumstances exist for reasons as set forth by Ms. Halla-Valdes on the record.