UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 16-CR-177

TRAVIS M. KAMPS,

    Defendant.

## ORDER

Defendant's second motion for bond modification, ECF [12], is granted. The defendant is permitted to leave the state during the day for employment purposes as approved by his probation officer and subject to the reporting requirements of his pretrial services officer. In all other respects, the conditions of his release will remain in effect.

SO ORDERED this __14th__ day of February, 2017.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court