UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 16-CR-177

TRAVIS M. KAMPS,

    Defendant.

---

## NOTICE OF LETTERS OF SUPPORT FOR SENTENCING

---

Travis M. Kamps, by counsel, submits the attached letters of support to be considered at the time of his sentencing.

Dated at Green Bay, Wisconsin, this 10th day of April, 2017.

                                                Respectfully submitted,

                                                **s/ Krista Halla-Valdes**
                                                Krista Halla-Valdes, Florida Bar #0073369
                                                Attorney for Travis M. Kamps
                                                Federal Defender Services of Wisconsin, Inc.
                                                801 E. Walnut Street, Second Floor
                                                Green Bay, Wisconsin 54301
                                                Tel: 920-430-9900
                                                Fax: 920-430-9901
                                                krista_halla-valdes@fd.org