Dear Honorable Judge Griesbach,

My name is Vicki Kamps, I am Travis Kamps' mother. Just want to give you some back ground on our family and what Travis went through as a child. We lived in a shelter for homeless for about 6 months. We had a babysitter who, we found out from our oldest, would kick and hit Travis. While dealing with these issues our family learned the values of respect, trust, hard work and be helpful to others.

Travis has been a shy child until he met his closest friend, whom he stood up in wedding for, and came out of his "shell." Travis would always be there for anyone of his friends or family when needed, would even drop what he was doing to be of assistance. He was often bullied/belittled because of his weight but learned

to make light of the situation and crack jokes at his own expense. When the first of his two nephews arrived in our family Travis was a very excited young man to see our family expanding. He cherishes every moment he gets to spend time with them. He has even introduced one to video games and played online with friends in PA whom they would chat with while playing. To hear the laughter from them will be missed. To see eyes light up because Travis is home will be greatly missed.

As a mom, this whole ordeal has made me wonder where I went wrong as a parent. Travis knows what he did is inappropriate and will never do it again. With him being away to serve his time for what he did, will always have me wondering if my child is OK and hope his medical condition

doesn't worsen while away.

I could keep going but just wanted you to know a little more about Travis.

Thank you for taking time to read my letter and consider the things when sentencing.

Vicki Kamps

Dear Honorable Judge Griesbach!

My name is Kevin Kamps and I am the father of Travis Kamps.

I would just like to tell you a little about Travis. Travis is a good guy he is truely a kind and thoughtful person that would do or help anyone in need that he can. He has a good heart toward people and animals.

My Wife and I have a small bussiness in which we install Commercial grade frames doors and hardware. All 3 of our boys work with me including Travis. Travis is a smart and hardworker and a good employee to have. We do alot of work out of town which Travis was usualy the person to go with me putting in 60 to 70 hrs a week when out of town and

getting 40 to 50 hrs in town if not more.

I understand that Travis did wrong with what he has done and I do beleave he understands that now. I also beleave that this would have never of happened if there was no social media or any of the so called dating site or social site where people meet and can chat and send picture on cell phones to each other. I know Travis would never meet up with a minor here in Green Bay or anywhere else. Again I with all I got dont beleave this would have happened if the was no social media.

I don't think that this situation is worth prison time being Travis or anyone else. I think this law needs to be reevaluated on the seriosness of the crime. I myself beleave that home arrest and probation

for a few years with no internet access would tench Travis and others not to do this and would be a suitable punishment

I know your job has got to be hard trying to figure out who is truely sorry for what they did and having to sentenceing people young and old to crimes they have committed. I know Travis is truely sorry and feels bad for what he has done is really is a good kid, He just got caught up in social dating site which 20 30 years ago could have happened to alot of people.

Again he truely is a lovable and kind guy that tries to make everyone he know laugh and be happy.

I would like to Thank You for your time in reading my letter and everyone elses that sent them in

Thanks Again Kevin

Kevin Ramos

Dear Honerable Judge Griesbach

My name is Brett Kamps. I am Travis' older brother. I work for my dad in a family business with Travis and my other brother.

Travis is a great person. He is always there to give a helping hand. He would give the shirt off his back to help someone in need. He is always there for me when im having a bad day after dialysis. He is a good prison to talk to and pick his mind on a situation. There has been times when I couldn't afford to get my kids much for christmas or even there birthdays and he would hand me money to make it a joyfull day for my kids. He never once asked for any of it back.

Travis is a family person. We have always had our brotherly fights but if we needed each other five minutes later he will be there. He enjoys family days out at the zoo or where ever we may go. He enjoys spending time with his niece and nephews. He would do anything

for them three kids. My oldest likes to go to movies at the theatre with Travis. I hear about all the things he got to eat and how good the movie was. My daughter likes to get him to dance with her and be goof balls while they dance.

Travis is an all around great person. He always has been and always will be. He will put others befor himself. He is smart with lots of things. He helps me with things I cant figure out. Just an all around great person.

The holidays and family gatherings with Travis are never dull. He is always making people laugh. He likes a good joke as does anybody. He likes to tell them even more.

I know how hard it must be to be the determining factor in somebodys future. I ask that you please go easy on my brother. He is one of my best friends. I cant imagine not seeing him every day. I know missing out on watching my kids grow

up is going to hurt him the most. As i said befor he would do anything for them kids.

I thank you for your time with my letter.

Brett Kamps
Brother of Travis

Dear, Honorable Judge Griesbach

My name is Lukas Kamps. I am Travis Kamps Brother and friend.

Some things about travis, he is a very caring person that woul give you the shirt off of his Back if you needed it. A guy that wouldn't hurt a fly if he had to.

A little Bit about myself, I work with Travis in the small family business that our parents own. Im on the local volunteer Fire department as a firefighter.

I do belive that Travis Knows what he did wrong and that he would not do anything like this again. I cant imagine how hard it must Be to have the deciding factor in a case

such as this. With that being said I do thank you for taking the time to read this letter and any of the others sent in to you.

Just like to say Travis is a great guy to be around. Sometimes working with him for up to 50 hours a week. He is a hard worker, and great with people. Great all around person to be around.

Thanks again for your time.
Lukas Kamps
Brother of Travis Kamps

Lukas Kamps

Your Honor,

As his grandmother I'm very proud of him, I watched him grow from a young boy, a teenager, and into a fine young man.

He has been there for family and friends he is kind and sincere, I love him with all my heart and soul and becoming the person he is today.

Dear Honorable Judge Griesbach,

My name is Mike Stein and I am Travis Kamps uncle. I am writing this letter to tell you a little about Travis Kamps and what he is really like. I have known Travis his whole life, he has always been kind of a joker or clown. Travis has always tried to make the people around him laugh either by telling jokes, saying a one liner, making fun of himself, or dressing up funny. The kid just likes to laugh and make other people laugh and have fun. Travis is a good sized young man but I never seen him get angry with anyone, he is to kind hearted. Last Christmas he showed up at my house with his entire beard covered in green glitter and dressed up as an Christmas just for the little kids. He looked like a big elf, but his little nieces & nephews loved it, he is always doing things like that. I hope this gives you a better idea of who Travis really is and what he is like. I know he has made a mistake and must make up for it and he knows it also. I know its not easy to make decisions on what is a fair punishment, but I ask you to give Travis the benefit of doubt and go easy on him he really is a good person and a hard worker. I ask that you

please give him the minimum sentence. The world could use a lot more people like Travis. He will be greatly missed by many people while hes gone. Thank you for your time

Sincerely,
Mike Shew

Mike Shew

Dear Honorable Judge Griesbach,

My name is Jamie Stevo. I am Travis Zamps aunt, his dad is my brother.

I have known him his whole life. He is a great guy. Always joking and having fun. Every time we all get together as a family just hanging out or over the holidays he would always joke around with me pick on me but in a fun goofy way which is the way Travis is. He has a big heart and loves his family very much. He would do anything for his family and friends.

He is a hard worker in the family business and even more now due to his older brother not being able to work at times due to his health issues.

Travis will be greatly missed by his family and friends. Please give him the minimum sentence. His nieces and nephews will miss him very much and for him not to see them growing up will break his heart.

Thank you very much for your time.

Sincerely,
Laurie Stiero

Dear Honorable Judge Griesbach,

    My name is Craig Stievo and I am writing to you on behalf of Travis Kamps. Travis is my cousin, and being only three months apart in age, I've known him my whole life and grew up with him. I would like to take a little bit of time and describe Travis so you can get a better idea for who he is.

    Travis has always been the kind of person to make people laugh, and not just once, over and over again. He can turn someone's whole day around with the jokes and humor he possesses. I honestly don't think there has ever been a dull moment with him around. You just never knew what to expect when seeing him or talking to him, but it was always good for a chuckle. Along with all the jokes and humor, you also get a very serious young man. He is serious when it comes to his family and friends and the love he has for them all. He would do anything for the people he cares about the most. For a lack of better words, Travis is a big guy with an even bigger heart. He goes above and beyond to make his young niece and nephews happy. He is a hard worker for his father in the family business, a big help to his sick older brother, a great son, grandson, uncle and in my eyes, one of the best cousins a guy could ask for.

    It is obvious here, that Travis made a mistake, and I know he is very sorry for it and very sorry to the people around him affected by this circumstance. Everybody makes mistakes from time to time. It is human nature to make mistakes and I do understand that he must be held accountable for his actions, and I do understand that the decision for a sentencing is ultimately up to you, but being this is Travis' first offense, I ask you to please go easy on him. Try to give him the benefit of the doubt as I know he has learned his lesson and I speak for everyone when I say this, but we don't want to see him go away, though we know it is coming. Travis really is a great guy and he will be greatly missed around all of the holidays and other family gatherings. If you can, I ask that you please give him the minimum sentencing so we can get him back as soon as possible.

    I hope this letter gives you a little insight as to how big of a role Travis plays in all of our lives. Lastly, I would like to thank you for your time in reading this letter and I hope that you can see how much his absence will affect us.

    Thank you, Craig

    Craig Stievo

Hi,

My name is Andrew Steven Kent, I've known my friend Travis for 15 years now. My relationship to Travis Kamp is I'm his best friend. I've known Travis since 3rd grade when I transferred from Navarino school district to Seymour school district. We shared a locker next to one another for 8 years thanks to our last names both starting with a K. In those years in grade school together I got to know Travis and am proud to call him my best friend.

In all these years of hanging out, talking, and laughing with Travis, I've come to learn that he is a very kind hearted person and that he really cares about his family. Now when I say he is kind hearted, I also mean he is a very nice well-mannered person. He will help you no matter what the problem is. He cares for his family and really loves them and does a lot for them, whether it's helping with business, helping with his niece and nephews or helping a close friend move. That is why I'm honored that his family considers me to be a part of their family.

I know your job is very difficult. I would like to thank you for the opportunity to write this letter and you reading it.


Andrew S. Kent